LAURIE HIGGINBOTHAM
lhigginbotham@nationaltriallaw.com
Texas State Bar #50511759
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
STEVEN HASPEL
shaspel@nationaltriallaw.com
Texas State Bar #24109981
NATIONAL TRIAL LAW
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)
*Pro Hac Vice Pending*

CERUSSI & GUNN, P.C.
Charles A. Cerussi – Attorney ID#:
022921994 600C Broad Street
Shrewsbury, New Jersey
07702 (732) 936-9920

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID HOCHMAN** and **LEIGH ANN HOCHMAN**, <br><br> Plaintiffs <br> vs. <br><br> **UNITED STATES OF AMERICA**, <br> Defendant | **NO. 3:25-CV-13510** |

## CERTIFICATION OF LAURIE HIGGINBOTHAM

LAURIE HIGGINBOTHAM, by way of certification in lieu of oath or affidavit, says:

1.  I, Laurie Higginbotham, submits this Certification in support of my
    application to be admitted to practice before this Court pro hac vice
    pursuant to Rule 1:21-2.

2.  I am an attorney at law of the State of Texas and a Partner in the
    law firm of National Trial Law, with offices located at 1114 Lost
    Creek Blvd., Ste. 410, Austin, Texas 78746.

3.  I am a resident of Texas and practice law in the State of Texas.

4.  I have been a member of good standing of the Bar of the State
    of Texas since November 1999.

5.  I am admitted to practice before the following courts:

    a)  U.S. District Court, Western District of Texas 02-08-2000;

    b)  U.S. District Court, Eastern District of Texas 02-05-2007;

    c)  U.S. District Court, Southern District of Texas 03-16-2007;

    d)  U.S. District Court, Northern District of Texas 04-25-2007;

    e)  U.S. District Court, District of Nebraska 03-14-2025;

    f)  U.S. Court of Appeals for the Fourth Circuit 08-25-2008;

    g)  U.S. Court of Appeals for the Ninth Circuit 02-20-2009;

    h)  U.S. Court of Appeals for the Fifth Circuit 01-20-2014; readmitted
        03/14/2025;

    i)  U.S. Court of Appeals for the Tenth Circuit 06-02-2014;

    j)  U.S. Court of Appeals for the Eighth Circuit 05-28-2024.

6.  No disciplinary proceedings are pending against me in any
    jurisdiction and no discipline has been previously imposed

against me in any jurisdiction.

7.   Charles A. Cerussi, Esq. is a Partner of the law firm of Cerussi &

Gunn, P.C., and is an attorney qualified to practice law in the

State of New Jersey. I will be associated with Charles A Cerussi,

Esq. in the prosecution of this matter on behalf of Plaintiffs, David

Hochman and Leigh Ann Hochman.

8.   Our clients, David Hochman and Leigh Ann Hochman,

requested that I represent them in this matter.

9.   I have an attorney-client relationship with David Hochman and

Leigh Ann Hochman, becoming their attorney in the instant

matter on March 20, 2024.

10.  Since that date, I have been counseling David Hochman and Leigh

Ann Hochman regarding the complex issues presented by this

Federal Tort Claims Act litigation by speaking with them on the

phone, email and Zoom.

11.  I concentrate my practice on the litigation of complex Federal Tort

Claims Act cases such as the case *sub judice,* and have been doing so

for more than 25 years.

12.  I agree to strictly observe the dates fixed for scheduling

conferences, motions, briefs, pre-trial conferences, trials, and

other proceedings.

13.  I further agree to submit to the jurisdiction of this Court for the

purposes of sanctions, discipline, or such other actions as the

Court may deem proper.

14. I certify that I will notify the Court immediately of any

    matters affecting my standing at the bar of any other

    Court.

I certify that the foregoing statements made by me are true.  I am

aware that if any of the foregoing statements are willfully false, I am

subject to punishment.


DATED: August 18, 2025                    _____
                                          LAURIE HIGGINBOTHAM