LAURIE HIGGINBOTHAM
lhigginbotham@nationaltriallaw.com
Texas State Bar #50511759
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
STEVEN HASPEL
shaspel@nationaltriallaw.com
Texas State Bar #24109981
NATIONAL TRIAL LAW
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)
*Pro Hac Vice Pending*

CERUSSI & GUNN, P.C.
Charles A. Cerussi – Attorney ID#:
022921994 600C Broad Street
Shrewsbury, New Jersey
07702 (732) 936-9920

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID HOCHMAN** and **LEIGH ANN HOCHMAN**, <br><br> Plaintiffs <br> vs. <br><br> **UNITED STATES OF AMERICA**, <br> Defendant | **NO. 3:25-CV-13510** |

### CERTIFICATION OF TOM JACOB

STEVEN HASPEL, by way of certification in lieu of oath or affidavit, says:

1. I, Steven Haspel, submit this Certification in support of my application to be admitted to practice before this Court <u>pro hac vice</u> pursuant to <u>Rule</u> 1:21-2.

2. I am an attorney at law of the State of Texas and an attorney in the law firm of National Trial Law, with offices located at 1114 Lost Creek Blvd., Ste. 410, Austin, Texas 78746.

3. I am a resident of Texas and practice law in the State of Texas.

4. I have been a member of good standing of the Bar of the State of Texas since November 2018.

5. I am admitted to practice before the following courts:

    a) U.S. District Court, Western District of Texas 11-19-2019;

    b) U.S. District Court, Southern District of Texas 07-01-2025;

    c) U.S. Court of Appeals for the Eighth Circuit 05-28-2024.

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been previously imposed against me in any jurisdiction.

7. Charles A. Cerussi, Esq. is a Partner of the law firm of Cerussi & Gunn, P.C., and is an attorney qualified to practice law in the State of New Jersey. I will be associated with Charles A Cerussi, Esq. in the prosecution of this matter on behalf of Plaintiffs, David Hochman and Leigh Ann Hochman.

8. Our clients, David Hochman and Leigh Ann Hochman, requested that I represent them in this matter.

9. I have an attorney-client relationship with David Hochman and Leigh Ann Hochman, becoming their attorney in the instant matter on March 20, 2024.

10. Since that date, my co-counsel and my law firm has been counseling David Hochman and Leigh Ann Hochman regarding the complex issues presented by this Federal Tort Claims Act litigation by speaking with them on the phone, email and Zoom.

11. I concentrate my practice on the litigation of complex Federal Tort Claims Act cases such as the case *sub judice,* and have been doing so for more than 5 years.

12. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trials, and other proceedings.

13. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or such other actions as the Court may deem proper.

14. I certify that I will notify the Court immediately of any matters affecting my standing at the bar of any other Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: August 18, 2025

_____
STEVEN HASPEL