LAURIE HIGGINBOTHAM
lhigginbotham@nationaltriallaw.com
Texas State Bar #50511759
TOM JACOB
tjacob@nationaltriallaw.com
Texas State Bar #24069981
STEVEN HASPEL
shaspel@nationaltriallaw.com
Texas State Bar #24109981
NATIONAL TRIAL LAW
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)
*Pro Hac Vice Pending*

CERUSSI & GUNN, P.C.
Charles A. Cerussi – Attorney ID#: 022921994
600C Broad Street
Shrewsbury, New Jersey 07702
(732) 936-9920
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID HOCHMAN** and **LEIGH ANN HOCHMAN**, Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**, Defendant | **NO. 3:25-CV-13510** |

## SUPPLEMENTAL CERTIFICATION OF STEVEN HASPEL

STEVEN HASPEL, by way of certification in lieu of oath or affidavit, says:

1. I am an attorney at law of the State of Texas, and a member in the law firm of National Trial Law, the attorneys of record handling this matter on behalf of the Plaintiffs, David Hochman and Leigh Ann Hochman. As such, I am fully familiar with the facts set forth herein.

2. This Certification is made in support of Plaintiffs' motion for the admission pro hac vice.

3. I, Steven Haspel, have been a member of the Texas Bar since 2018 and have been a member in good standing of every jurisdiction where I have been admitted to practice, have not been subject to any disciplinary action, contempt or other proceedings pending before any Court, and have never been subject to any disciplinary actions.

4. The membership rolls of the State Bar of Texas are managed by Candace Anderson, 1414 Colorado Street, Austin, Texas 78701.

5. This application for admission pro hac vice is made at the request of Plaintiffs, David Hochman and Leigh Ann Hochman.

6. This matter involves complex Federal Tort Claims Act issues, and I have worked closely with Plaintiffs, counseling them with respect to the issues presented.

7. I understand that pursuant to Rule 1:21-2, if I am admitted, it will remain the responsibility of the law firm of Cerussi & Gunn, P.C. to review, sign, and file all pleadings, briefs, and other papers with the Court. I also understand that the law firm of Cerussi & Gunn, P.C. will remain responsible for the conduct of the case, as well as the conduct of myself.

8. I will be counsel of record in this case, and I am qualified to practice in New Jersey pursuant Rule 1:21-1.

9. As required by New Jersey Court Rule 1:28-2(a), payment will be forwarded to the New Jersey Lawyers' Fund for Client Protection on upon my admission pro hac vice.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: Sep. 19, 2025

_____
STEVEN HASPEL