

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

*Brooks E. Doyne*  970 Broad Street, Suite 700   main:  (973) 645-2700
*Assistant United States Attorney*   Newark, NJ 07102   direct:(973) 297-4390
brooks.doyne@usdoj.gov

January 1, 2026

**Via Electronic Filing**
Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
402 E. State Street
Trenton, NJ 08608

Re:  *Hochman, et al. v. United States*, No. 25-13510
    **Joint Proposed Briefing Schedule**

Dear Judge Quraishi:

  This Office represents the United States in this personal injury action brought under the Federal Torts Claims Act. On December 22, 2025, the Court entered a Text order waiving the requested pre-motion conference and directed the United States to file its motion to dismiss by January 9, 2026. ECF 22. Please accept this correspondence to request the briefing schedule be modified.

  Good cause exists for this extension because I am the sole Assistant United States Attorney assigned to this matter and will need time to coordinate with the United States Postal Service in preparing its motion to dismiss. Moreover, an extension is necessary given multiple emergent nonrelated immigration habeas petitions. The United States conferred with Plaintiffs' counsel, Laurie Higginbotham, Esq., and the parties have jointly agreed to the following proposed briefing schedule: (1) United States to file a motion to dismiss by January 30, 2026, (2) Plaintiffs to file opposition by February 27, 2026, and (3) United States to file a reply by March 13, 2026. This is the first extension request to modify the briefing schedule.

           Respectfully submitted,

**SO ORDERED** this 5th day of January 2026  TODD BLANCHE
s/ Zahid N. Quraishi  U.S. Deputy Attorney General
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**  JORDAN FOX